**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| JOSEPH A. PIOLE, | : No. 205 WAL 2017 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| CHARLES J. PUPICH, | : |
| | : |
| Petitioner | : |

**<u>ORDER</u>**

**PER CURIAM**

    **AND NOW**, this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.